IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-163-KDB-DCK

| | |
|---|---|
| THE RECON GROUP LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LOWE'S HOME CENTERS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) filed by Marc E. Gustafson, concerning Michael A. Sayre, on November 10, 2023. Michael A. Sayre seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) is **GRANTED**. Michael A. Sayre is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: November 13, 2023

David C. Keesler
United States Magistrate Judge