IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-163-KDB-DCK

| | |
|---|---|
| THE RECON GROUP LLP, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LOWE'S HOME CENTERS, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Marc E. Gustafson, concerning Paul L. Brusati, on November 10, 2023. Paul L. Brusati seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Paul L. Brusati is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: November 13, 2023

David C. Keesler
United States Magistrate Judge