**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-163-KDB-DCK**

| | | |
|---|---|---|
| **THE RECON GROUP LLP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **LOWE'S HOME CENTERS, LLC,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

   **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Marc E. Gustafson, concerning Marc Vander Tuig, on November 10, 2023. Marc Vander Tuig seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

   **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Marc Vander Tuig is hereby admitted *pro hac vice* to represent Plaintiff.

   **SO ORDERED**.

Signed: November 13, 2023

David C. Keesler
United States Magistrate Judge