IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-163-KDB-DCK

| THE RECON GROUP LLP, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| LOWE'S HOME CENTERS, LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 41) filed by Local Counsel Marc E. Gustafson on January 16, 2025.

Applicant Richard G. Cole, III seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 41) is **GRANTED**. Richard G. Cole, III is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 16, 2025

David C. Keesler
United States Magistrate Judge